GRACE M. LEHMAN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. GEORGIA ANDERSON, *ET AL.*, DEFENDANTS-APPELLANTS.

Argued January 18, 1954—Decided January 25, 1954.

*Mr. Raymond L. Cunneen* argued the cause for the appellant.

*Mr. Sidney M. Schreiber* for the respondent (*Messrs. Schreiber, Lancaster & Demos*, attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Schettino in the Superior Court, Appellate Division.

*For affirmance*—Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—6.